932 F.2d 960
 Lifetime Corporation, Hospital Capital Corporation, Ltd.,
Sinclair (Michael J.), Reeves (Anthony H.), Hunt (John),
Khalifa (Rida H.), Delacave (Jacques T.L.), Reed (C.T.
Eugene), Coombes (Barry P.), Garner (Hazel), Hunt & Fineman, P.C.
v.
Fleming (Thomas J., Burton A.), Rasman (Maxwell H.),
Witherill (Elkins), Longstreth (Thatcher), Diottavio (Rose
S.), Lawler (James H.), Kyle (George Clayton), Adolph
(Sinkow Sinkow), Fishbone (David S.)
 NO. 90-1857
 United States Court of Appeals,
Third Circuit.
 APR 15, 1991
 
 Appeal From: E.D.Pa.,
 Fullam, J.
 
 
 1
 AFFIRMED.